ISAAC ACKERMAN, Appellant, *v.* GIZELLA O. ACKERMAN, Defendant, and ALEXANDER FORGER, as Trustee in Bankruptcy of the Estate of GIZELLA O. ACKERMAN, Respondent.

*Fraud — bankruptcy — mortgage — action to foreclose mortgage — defense by trustee in bankruptcy of mortgagor that mortgage was fraudulent, without consideration and void.*

*Ackerman* v. *Ackerman,* 210 App. Div. 876, affirmed.

(Argued December 10, 1925; decided January 12, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 20, 1924, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term. The action was to foreclose a mortgage on real property. The answer interposed by the trustee in bankruptcy of the mortgagor alleged that the mortgage had been granted without consideration but in pursuance of a scheme to remove all equity in the property from her estate, in order to hinder, delay and defraud her creditors and to hide the assets from her trustee in bankruptcy, and that the bond and mortgage were actually held in secret trust by the plaintiff mortgagee for the bankrupt defendant. The trial court found that the bond and mortgage were fraudulent, without consideration and void.

*Harold I. Medina, Leander I. Shelley, J. W. Friedman* and *I. Gainsburg* for appellant.

*Eugene L. Bondy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.